# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIONELL MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 16-CV-10151<br><br>Hon. Charles R. Norgle, Sr. |

## NOTICE OF SETTLEMENT

Experian Information Solutions, Inc. hereby notifies the Court that the parties have reached a settlement agreement. Plaintiff has indicated that he will file the appropriate dismissal filing in the near future.

Dated: February 28, 2017

Respectfully submitted,

s/ *Christopher A. Hall*
Christopher A. Hall (6316715)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: chall@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all parties and counsel of record.

                                                      */s/ Christopher A. Hall*